UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BERNARD FONTUS,

    Petitioner,

v.

Case No. 3:26-cv-366-JEP-SJH

WARDEN, BAKER COUNTY
DETENTION CENTER, et al.,

    Respondents.
_____

## ORDER

The Amended Petition (Doc. 10) is **STRICKEN**. This case is closed. (Doc. 8).

**DONE AND ORDERED** at Jacksonville, Florida, on March 11, 2026.

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

c:
Bernard Fontus, A071895870